IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LISA ANN RUOSS,** | : | |
| **Plaintiff** | : | |
| | : | No. 1:21-cv-232 |
| v. | : | |
| | : | (Judge Rambo) |
| **WENDY NICHOLAS,** *et al.*, | : | |
| **Defendants** | : | |

### ORDER

**AND NOW**, on this 24th day of November 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendants' motions to dismiss (Doc. Nos. 31, 34) are **GRANTED**;

2. Plaintiff's complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiff may file an amended complaint within thirty days of the date of this order to cure the deficiencies identified in the court's memorandum opinion. Any amended complaint filed pursuant to this order shall be filed to the same docket number as the instant action, shall be entitled "Amended Complaint," and shall be complete in all respects. It shall be a new pleading that stands by itself as an adequate complaint under the Federal Rules of Civil Procedure;

4. The Clerk of Court is directed to mail Plaintiff a civil rights complaint form; and

5. If Plaintiff does not file an amended complaint by the above date, Plaintiff's complaint will be dismissed with prejudice for the reasons stated in the accompanying memorandum and this case will be closed.

                                     <u>s/ Sylvia H. Rambo</u>
                                     United States District Judge