## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA ANN RUOSS,** : | |
|    **Plaintiff** : | |
| : | No. 1:21-cv-232 |
| v. : | |
| : | (Judge Rambo) |
| **DR. SENA,** *et al.*, : | |
|    **Defendants** : | |

## ORDER

**AND NOW**, on this 20th day of July 2022, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. No. 54) is **GRANTED**;

2. Plaintiff's amended complaint (Doc. No. 52) is **DISMISSED WITH PREJUDICE**; and

3. The Clerk of Court is directed to close this case.

s/ Sylvia H. Rambo<br>
United States District Judge